DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAFEPOINT INSURANCE COMPANY,**
Appellant,

v.

**JD RESTORATION, INC.,** a/a/o **DAVID CORSO,**
Appellee.

No. 4D21-1847

[October 13, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. COCE-18-18939.

Patrick M. Chidnese of Bickford & Chidnese, LLP, Tampa, for appellant.

Asher Perlin of the Law Office of Asher Perlin, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***